UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:18-cv-04281-RSWL-MAA**  Date: **January 24, 2019**

Title  **Laura Leesha Means *vs*. Rick Hill, *et al*.**

Present: The Honorable:   **MARIA A. AUDERO, U.S. Magistrate Judge**

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause regarding Petitioner's Failure to File Status Report

On November 9, 2018, the Court issued an order granting Petitioner's motion for a *Rhines* stay and ordered Petitioner to file a status report every thirty (30) days, providing the Court with an update on the progress of her *habeas* petitions in the California courts (ECF No. 18 "Order"). Over 30 days have elapsed since the previous report was filed on December 10, 2018.

Accordingly, Petitioner is **Ordered to Show Cause within fourteen (14) days** after service of this Order why the Court should not dismiss this action without prejudice, for failure to prosecute and failure to comply with the Court's Order. Petitioner may discharge this Order by filing the requisite status report.

Following Petitioner's response to this Order to Show Cause, Petitioner shall file further status reports every **sixty (60) days**. Additionally, within seven (7) days after receipt of any ruling of the California courts on the merits of her petitions, Petitioner shall lodge notice of such ruling with this Court, indicating the deciding court, the case number, and the disposition. Requests for extensions of time will be granted only upon a showing of good cause.

**Petitioner's failure to timely comply with this Order could result in a recommendation that this action be dismissed without prejudice for failure to prosecute.**

It is so ordered.

cw
Initials of Preparer