**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURA LEESHA MEANS,

Petitioner,

v.

RICK HILL, *et al.*,

Respondent.

Case No. 2:18-cv-04281-WLH-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is approved and accepted; (2) Judgment shall be entered dismissing the First Amended Petition with prejudice.

DATED: October 30, 2026

HON. WESLEY L. HSU
United States District Judge